446 F.2d 46
 Richard James ROGERS, Plaintiff-Appellant,
v.
WHITE TRUCKS, a division of White Motor Corporation,
Birmingham, Alabama, Defendant-Appellee.
No. 71-1559 Summary Calendar.*
*Rule 18, 5 Cir.: see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409.
 United States Court of Appeals, Fifth Circuit.
 Aug. 13, 1971, Rehearing Denied Sept. 28, 1971.
 
 Orzell Billingsley, Jr., Birmingham, Ala., Nathaniel Jones, William Wills, New York City, for plaintiff-appellant.
 C. A. Powell, III, C. John Holditch, Birmingham, Ala., for defendant-appellee; Lange, Simpson, Robinson & Somerville, Birmingham, Ala., of counsel.
 Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 Affirmed.[1] See Local Rule 21.[2]
 
 
 [1]
 Hyler v. Reynolds Metal Co., 5 Cir., 1970, 434 F.2d 1064
 
 
 [2]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966